IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SCOTIABANK DE PUERTO RICO<br><br>    Plaintiff<br><br>    v.<br><br>M/V SEBANER, its engines, tackle equipment, furnishings, etc., *in rem*, Sebastián Rodríguez Laureano, Nereida Castro Rodríguez and the Conjugal Legal Partnership composed by them, *in personam*<br><br>    Defendants | Civil No. 11-1844 (CCC)<br><br><br><br>Foreclosure of Preferred Ship Mortgage; Enforcement of Maritime Lien; Collection of Money |

**DEFAULT JUDGMENT**

Upon plaintiff's Motion for Entry of Judgment by Default, and it appearing from the record that default has been entered against *in rem* defendant M/V SEBANER, its engines, tackle, equipment, furnishings, etc. ("M/V SEBANER") on June 27, 2012, (Docket no. 26), and against *in personam* defendants Sebastián Rodríguez-Laureano, Nereida Castro-Rodríguez, and the Conjugal Legal Partnership composed between them on March 19, 2012 (Docket no. 16), plaintiff is entitled to judgment by default.

Therefore, plaintiff's Motion for Entry of Judgment by Default is granted and plaintiff Scotiabank de Puerto Rico is to recover from *in personam* defendants Sebastián Rodríguez-

1

Laureano, Nereida Castro-Rodríguez, and the Conjugal Legal Partnership composed between them, who are ordered to pay plaintiff Scotiabank de Puerto Rico, the amount of $143,640.11, for principal, interest, add-on charges and insurance, and late fees, and costs and attorneys' fees, as of July 16, 2012, plus custodial *legis* expenses in an amount to be determined at the time of approval of the sale of the vessel, and to be paid from the proceeds of the sale.  The debt accrues daily interest of $14.16 from July 16, 2012, until this judgment is final, plus interest to be accrued thereafter at the rate provided by 28 U.S.C. §1961 until final payment.

It further appearing from the record that the M/V SEBANER, with hull identification number CRSUSF67L596 and official number 1050623, has not been claimed, and all other requirements of law having been met, plaintiff's Motion for Entry of Judgment by Default is granted and plaintiff Scotiabank de Puerto Rico is entitled to judgment by default against *in rem* defendant M/V SEBANER for the amounts stated above, and to the foreclosure of the preferred ship mortgage encumbering M/V SEBANER and the sale thereof, and it is further entitled to the proceeds of the sale of the M/V SEBANER.  Scotiabank de Puerto Rico may seek any further remedies, if needed, relating to the *in rem* remedy

herein granted.

IT IS SO ORDERED, ADJUDGED AND DECREED.

In San Juan, Puerto Rico, on this 17 day of July, 2012.

_____
Unites States District Judge